AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:18mJ048 | Date and time warrant executed: 01/09/2019 | Copy of warrant and inventory left with: |

Inventory made in the presence of:
SA Charlie Mulherin

Inventory of the property taken and name of any person(s) seized:
(1) One DVD containing 7,855 Pages (PDF) from Franklin Braun's FaceBook Account.

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JAN -9 PM 4:00
CLERK
SO. DIST. OF GA.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/09/2019

_Executing officer's signature_

Ricardo Prince
_Printed name and title_